SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Jasmine L. Anderson, Bar No. 252973
janderson@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California  94104
Telephone:   (415) 983-5960
Facsimile:   (415) 983-5963

Attorneys for Defendant
REHABCARE GROUP, INC.

Barry E. Weber, Esq., Bar No. 256530
barry@barryweberlaw.com
264 Clovis Avenue
Clovis, CA 93612
Tele:  (559) 438-1716
Fax:  (559) 222-9183

Attorneys for Plaintiff
JENNIFER MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MENDOZA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REHABCARE GROUP, INC., a Delaware corporation; and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No.  CV F 12-1435 SKO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FED R. CIV. P. 41(a)]; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party will bear her or its own costs and attorneys' fees.

SO STIPULATED:

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL AND
ORDER THEREON
CV F 12-1435 SKO

Dated:  February 1, 2013                SHAW VALENZA LLP

By: /s/ D. Gregory Valenza
    D. Gregory Valenza
    Jasmine L. Anderson
    Attorneys for Defendant
    REHABCARE GROUP, INC.


Dated:  February 1, 2013                BARRY E. WEBER, ATTORNEY AT LAW

By: /s/Barry E. Weber
    Barry E. Weber, Esq.
    Attorneys for Plaintiff
    JENNIFER MENDOZA

**ORDER**

IT IS SO ORDERED.

Dated:  **February 1, 2013**                **/s/ Sheila K. Oberto**
    UNITED STATES MAGISTRATE JUDGE